# IN THE CIRCUIT COURT OF OHIO COUNTY, WEST VIRGINIA

**MINDI LEE KRESYMAN,**

       Plaintiff,

v.                              Civil Action No. **20-C-94**

**LOWE'S HOME CENTERS, LLC,**     Judge: **Sims**

       Defendant.

## COMPLAINT

**COMES NOW** the Plaintiff, Mindi Lee Kresyman, by and through counsel, Zavolta Law Office, and for her cause of action against the Defendant, Lowe's Home Centers, LLC, states and alleges, as follows, to-wit:

### GENERAL ALLEGATIONS, JURISDICTION, AND VENUE

1.     Plaintiff Mindi Lee Kresyman, (hereinafter referred to as "Plaintiff Kresyman") is an adult individual and resident of 180 Marshall Street, Cameron, West Virginia 26033.

2.     Based upon available information and belief, Defendant Lowe's Home Centers, LLC, (hereinafter referred to as "Defendant Lowe's"), is a foreign corporation organized under the laws of North Carolina, operating and doing business as a retail trade company, supplying and or distributing, including, but not to be strictly limited to, building material, garden equipment, including lawn mowers, maintenance equipment, and other commercial items.

3.     Based upon available information and belief, Defendant Lowe's has multiple store locations throughout the state of West Virginia, including a location at

EXHIBIT A

2801 Chapline Street, Wheeling, Ohio County, West Virginia, thereby purposefully availing itself to the laws, privileges, and protections of the state of West Virginia.

4.      Based upon available information and belief, Defendant Lowe's has a principal place of business and or address of 1000 Lowe's Boulevard, NB4TA, Mooresville, North Carolina 28117 and a Notice of Process Address of c/o Corporation Service Company, 209 West Washington Street, Charleston, WV 25302.

5.      At all times material and relevant herein, on or about April 22, 2018, Plaintiff Kresyman was a non-trespasser, invitee, store patron and or licensee at the Lowe's location at 2801 Chapline Street, Wheeling, Ohio County, West Virginia and was lawfully permitted to be on and or inside said store premises.

## COUNT I - NEGLIGENCE AND LIABILITY

6.      Plaintiff incorporates by reference all paragraphs of this Complaint as if fully restated herein.

7.      Plaintiff Mindi Lee Kresyman at all times material and relevant herein was without comparative negligence and or any other wrongful conduct concerning the accident at issue in this litigation.

8.      That on or about April 22, 2018, in Wheeling, Ohio County, West Virginia, at the Lowe's store located at 2801 Chapline Street, Plaintiff Kresyman was a non-trespasser, invitee, store patron, and or licensee, lawfully on said premises for the purpose of purchasing several store items, more particularly a Bolen's Lawn Mower and window blinds.

9.      That on or about April 22, 2018 at the Lowe's location at 2801 Chapline Street, Plaintiff Kresyman identified and or picked out a particular Bolen lawn mower, and

2

asked and or requested that a Lowe's employee, working within the course and scope of employment with Defendant, to help or assist Plaintiff load the lawn mower onto a cart, and then immediately proceeded to ask and or requested the Defendant Lowe's employee to assist Plaintiff in loading said lawn mower into her vehicle.

10.    At all times material and relevant herein, said unknown employee indicated that he or she would locate another Defendant Lowe's employee and or coworker at the front of the store, and that said employee would assist Plaintiff in lifting and or placing said lawnmower inside Plaintiff's vehicle.

11.    That Plaintiff proceeded to the checkout area wherein she was advised to go and or head to her automobile and wait for an unidentified Lowe's employee that would assist Plaintiff in loading said lawn motor into her vehicle.

12.    That Plaintiff waited approximately 20 to 30 minutes for said Lowe's employee, and ultimately, no Defendant Lowe's employee never came to assist Plaintiff in loading said lawn mower into her vehicle.

13.    That Plaintiff ultimately was forced to load said lawn mower into her vehicle herself, and was ultimately proximately caused to suffer severe and debilitating injuries as a result of Defendant's negligence, which will be hereinafter set forth.

14.    Defendant Lowe's, at the time of the incident at issue, was negligent, by acts and or omissions, in causing serious injuries, damages, and losses to Plaintiff Kresyman as are hereinafter set forth.

15.    That soon after the incident, a Defendant Lowe's manager and or supervisor working in the course and scope of employment with Lowe's, admitted to Plaintiff Kresyman that Defendant Lowe's has policies and procedures in place to load said items,

3

including, but not to be limited to, lawn mowers, onto a cart for customers, walk with the customer to the checkout area, and then follow said customer to his or her vehicle and load said item for the customer.

16.     That as a direct result of Defendant Lowe's breach, failure to follow their own guidelines and or procedures, and or omissions, Plaintiff Kresyman, as alleged hereinbefore, was caused to sustain injuries, damages, and losses.

## COUNT II – PLAINTIFF MINDI LEE KRESYMAN'S INJURIES AND DAMAGES

17.     Plaintiff hereby incorporates by reference all paragraphs of this Complaint as if fully restated herein.

18.     As a direct and proximate result of the reckless, and / or negligent acts and / or omissions, and / or other violations of law by Defendant Lowe's, Plaintiff Kresyman was proximately caused to be injured to the following, but not to be strictly limited to, areas of her body: in and about her head, neck, back, shoulders, extremities, body chemistry, psyche, muscles, tissues, fascia, and other body parts and injuries, both internally and externally, and inasmuch as all or part of his injuries are permanent and lasting in nature, Plaintiff Kresyman has and will in the future suffer great pain of body and mind.

19.     As a further direct and proximate result of the reckless, and / or negligent acts and / or omissions and / or others violations of law by Defendant Lowe's, Plaintiff Kresyman was proximately caused to incur divers and sundry expenses for medical care and treatment to date in an amount undetermined, and inasmuch as all or part of Plaintiff Kresyman's injuries are permanent and lasting in nature, she has and will in the future suffer divers and sundry expenses for medical care and attention in an effort to treat, manage and / or effect a cure for her injuries and causally related symptomologies;

4

Plaintiff Kresyman has suffered a diminution in her ability and capacity to care for herself and enjoy a normal life; Plaintiff Kresyman is anticipated to sustain future loss of earning capacity; and all of which will continue into the future.

20.    As a further direct and proximate result of the reckless, and / or negligent acts and / or omission, and / or other violations of law by Defendant Lowe's, Plaintiff Kresyman has been prevented from carrying out the duties and responsibilities of her life; Plaintiff Kresyman has been prevented from leading her life socially and recreationally as she had prior to this incident; Plaintiff Kresyman's permanent injuries have adversely affected her ability to enjoy the ordinary functions of life, together with the capability to function as a whole person; and all of which will continue into the future.

## COUNT III – LOST WAGES

21.    Plaintiff hereby incorporates by reference all paragraphs of this Complaint as if fully restated herein.

22.    As a further direct and proximate result of the reckless, and / or negligent acts and / or omission, and / or other violations of law by Defendant Lowe's, Plaintiff Kresyman was required and or forced to quit her job with Peterson Rehabilitation in Wheeling, West Virginia.

23.    As a further direct and proximate result of the acts, omissions, and violations of the law by Defendant Lowe's as aforesaid, Plaintiff Kresyman has been prevented from carrying out the duties and responsibilities of her life and performing household services; in an undetermined amount and additionally she has suffered past loss wages and lost earning capacity and future earning capacity, and she will continue

to lose wages in the future, and she has suffered a diminution in her ability and capacity to work, earn money and enjoy a normal life.

**WHEREFORE**, Plaintiff Mindi Lee Kresyman demands judgment against Defendant Lowe's Home Centers, LLC, in an amount in excess of the minimum jurisdictional limits as compensatory damages, plus pre and post-judgement interest and costs and such further relief as a court or jury may find; and Plaintiff further demands interest and costs incurred in and about the prosecution of this action and for such other relief as a court or jury may find. The minimum jurisdictional amount for filing this action has been satisfied.

<u>**PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL ISSUES.**</u>

Respectfully submitted,
Plaintiff Mindi Lee Kresyman

By: _____

*Plaintiffs' Counsel*
Ronald W. Zavolta (W.Va. State Bar ID #8739)
Paul J. Ratcliffe (W.Va. State Bar ID #13453)
**ZAVOLTA LAW OFFICE**
741 Fairmont Pike
Wheeling, WV 26003
Telephone:  (304) 905-8073
Facsimile : (304) 905-8992
Email: Paul@ZavoltaLaw.net

# CIVIL CASE INFORMATION STATEMENT
## CIVIL CASES
### In the Circuit Court of Ohio County, West Virginia

**I. CASE STYLED:** Mindi Lee Kresyman v. Lowe's Home Centers, LLC

**Plaintiff:**

Civil Action No.: 20-C-94

Judge Sims

Mindi Lee Kresyman
180 Marshall Street
Cameron, WV 26033

vs.

| **Defendant:** | Days to Answer | Type of Service |
|---|---|---|
| Lowe's Home Centers, LLC c/o Corporation Service Company 209 West Washington Street Charleston, WV 25032 | 20 | Certified Mail |

Original and 2 copies of the Complaint are furnished herewith

| PLAINTIFF: Mindi Lee Kresyman DEFENDANT: Lowe's Home Centers, LLC | Civil Action Number: |
|---|---|

## II. TYPE OF CASE:

| | | |
|---|---|---|
| ■ General Civil | □ Adoption | □ Malpractice |
| □ Mass Litigation (as defined in TCR Rule XIX(c)) | □ Administrative Agency Appeal | ■ Personal Injury |
| □ Asbestos | □ Civil Appeal from Magistrate Court | □ Product Liability |
| □ Carpal Tunnel Syndrome | ■ Miscellaneous Civil | □ Auto |
| □ Silicone Implants | □ Mental Hygiene | □ Contract |
| □ Industrial Hearing Loss | □ Guardianship | □ Real Property |
| □ Diet Drugs | □ Modification/Magistrate Rules | □ Habeas Corpus/Other Extraordinary Writ |

| □ Note/Payments of Debt | □ Commercial Credit | □ Other - Insurance/Unfair Claims Settlement Practices |
|---|---|---|

## III.  JURY DEMAND:  ■ Yes □ No

CASE WILL BE READY FOR TRIAL BY (MONTH/YEAR): unknown

## IV. DO YOU OR ANY OF YOUR CLIENTS OR WITNESSES IN THIS CASE REQUIRE SPECIAL ACCOMMODATIONS DUE TO A DISABILITY? □ Yes ■ No

If yes, please specify:
    □ Wheelchair accessible hearing room and other facilities
    □ Interpreter or other auxiliary aid for the hearing impaired
    □ reader or other auxiliary aid for the visually impaired
    □ spokesperson or other auxiliary aid for the speech impaired
    □ Other:

| | | |
|---|---|---|
| Attorney: | Ronald W. Zavolta, Esq.(WV No #8739)<br>Paul J. Ratcliffe, Esq. (WV No #13453) | Representing:<br>■ Plaintiff |
| Firm: | **Zavolta Law Office** | □ Defendants |
| Address: | 741 Fairmont Pike, Wheeling, WV 26003 | □ Cross-Complainant |
| Telephone: | (304) 905-8073 | □ Cross-Defendant |

**Dated: April 13, 2020**

Signature:

APR 15 '20 AM 11:07
OHIO CO CIRCUIT COURT

**Ronald W. Zavolta, Esq.**
(W.V. Bar 8739)

**Paul J. Ratcliffe, Esq.**
(W.V. Bar 13453).
(Ohio Bar 99215)



**741 Fairmont Pike
Wheeling, WV 26003**

P: (304) 905-8073
F: (304) 905-8992

April 14, 2020

Ms. Brenda L. Miller
Ohio County Circuit Court
1500 Chapline Street
Wheeling, WV 26003

     RE:     Mindi Lee Kresyman v. Lowe's Home Centers, LLC

Dear Ms. Miller:

     Please find enclosed for filing the Complaint in the above referenced case. For your convenience, there are three copies of the same as well as a check in the amount of $220.00.

     Please do not hesitate to contact me should you have any questions or concerns.

                  Very truly yours,

                  */s/ Paul J. Ratcliffe, Esq.*

                  Paul J. Ratcliffe, Esq.

# SUMMONS
## CIRCUIT COURT OF OHIO COUNTY, WEST VIRGINIA

**MINDI LEE KRESYMAN**
### PLAINTIFF,
**VS.**

CIVIL ACTION NO. **20-C-94**
JUDGE: **DAVID J. SIMS**

**LOWE'S HOME CENTERS, LLC**
### DEFENDANT.

**To the above named Defendant:**

IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby Summoned

and required to serve upon RONALD W. ZAVOLTA, plaintiff's attorney, whose address is

ZAVOLTA LAW OFFICES, 741 FAIRMONT PIKE, WHEELING, WV, 26003 an answer

including any related counterclaim you may have to the complaint filed against you in the

above civil action, a true copy of which is herewith delivered to you. You are required to

serve your answer within 20 days after service of this summons upon you, exclusive of the

day of service. If you fail to do so, judgment by default will be taken against you for the

relief demanded in the complaint and you will be thereafter barred from asserting in another

action any claim you may have which must be asserted by counterclaim in the above style

civil action.

Dated: April 15, 2020

_____BRENDA L MILLER_____
CLERK OF COURT

BY: _Bea J. McArdle_
DEPUTY CLERK

*Please Serve:*
*LOWE'S HOME CENTERS, LLC*
*C/O CORPORATION SERVICE COMPANY*
*209 WEST WASHINGTON STREET*
*CHARLESTON, WV 25032*



OFFICE OF THE CIRCUIT CLERK

OHIO
1500 CHAPLINE ST.
WHEELING

RECEIVED FROM: ZAVOLTA LAW OFFICE

STYLE OF CASE
      MINDI LEE KRESYMAN
          VS.
      LOWE'S HOME CENTERS, LLC

IN PAYMENT OF FILING FEE/ CM
BY Check  4830

RECEIPT #: 98664

DATE RECEIVED: 04/15/2020

TOTAL: $220.00

CASE #: 20-C-94

BRENDA L MILLER
CLERK OF THE CIRCUIT COURT

BY _____

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

mailed 4/15/18

Postage
$

Tot
$

Se

Str

Cit

*LOWE'S HOME CENTERS, LLC*
*C/O CORPORATION SERVICE COMPANY*
*209 WEST WASHINGTON STREET*
*CHARLESTON, WV 25032*
*20-C-94*

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7019 2280 0000 5196 0655